UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF HECTOR PEREZ, et al.,<br>Plaintiffs,<br>vs.<br>COUNTY OF YOLO, et al.,<br>Defendants. | Case No.<br><br>**DECLARATION OF MONICA PEREZ RE: CAL. CODE CIV. PROC. § 377.32** |

I, Monica Perez, do declare and say:

1. I submit the following declaration concerning my status as the successor-in-interest to Hector Perez, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Hector Perez was born on [redacted], 1959, in Mexicali, Mexico.

3. No proceeding is now pending in California for administration of the estate of Hector Perez.

4. I am a successor-in-interest to Hector Perez (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological daughter of Hector Perez.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Hector Perez in this pending action or proceeding.

6. A true and correct copy of the certified death certificate of Hector Perez is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 17, 2023, at Citrus Heights, California.

[signature]
Monica Perez

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF YOLO

WOODLAND, CALIFORNIA 95695

## CERTIFICATE OF DEATH

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052023046989
LOCAL REGISTRATION NUMBER: 3202357000168

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT–FIRST (Given) | HECTOR |
| 2. MIDDLE | VALDEZ |
| 3. LAST (Family) | PEREZ |
| AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | [redacted]1959 |
| 5. AGE Yrs. | 63 |
| IF UNDER ONE YEAR Months / Days | |
| IF UNDER 24 HOURS Hours / Minutes | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | BC, MX |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | YES [ ] NO [X] UNK [ ] |
| 12. MARITAL STATUS/SRDP (at Time of Death) | DIVORCED |
| 7. DATE OF DEATH mm/dd/ccyy | 02/14/2023 |
| 8. HOUR (24 Hours) | 1257 |
| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | 11 |
| 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? (If yes, see worksheet on back) | [X] YES MEXICAN [ ] NO |
| 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) | MEXICAN |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | LANDSCAPER |
| 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | BUSINESS OWNER |
| 19. YEARS IN OCCUPATION | 10 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 3088 COUNTY ROAD 88 C |
| 21. CITY | DUNNIGAN |
| 22. COUNTY/PROVINCE | YOLO |
| 23. ZIP CODE | 95937 |
| 24. YEARS IN COUNTY | 2 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | MONICA PEREZ, DAUGHTER |
| 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) | [redacted] |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT–FIRST | ANTONIO |
| 32. MIDDLE | - |
| 33. LAST | PEREZ |
| 34. BIRTH STATE | BC, MX |
| 35. NAME OF MOTHER/PARENT–FIRST | MARGARET |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | VALDEZ |
| 38. BIRTH STATE | CA |

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 03/22/2023 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF MONICA PEREZ [redacted] |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | WOODLAND FUNERAL CHAPEL |
| 45. LICENSE NUMBER | FD1784 |
| 46. SIGNATURE OF LOCAL REGISTRAR | AIMEE SISSON, MD, MPH |
| 47. DATE mm/dd/ccyy | 03/06/2023 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | OUTSIDE OF TRAILER |
| 102. IF HOSPITAL, SPECIFY ONE | [ ] IP [ ] ER/OP [ ] DOA |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other |
| 104. COUNTY | YOLO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 3088 COUNTY ROAD 88C |
| 106. CITY | DUNNIGAN |

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events -- diseases, injuries, or complications -- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | GUNSHOT WOUND OF TORSO | (AT) MINS |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | | (BT) |
| (C) | | (CT) |
| (D) | | (DT) |

| Field | Value |
|---|---|
| 108. DEATH REPORTED TO CORONER? | [X] YES [ ] NO |
| REFERRAL NUMBER | 23-00122 |
| 109. BIOPSY PERFORMED? | [ ] YES [X] NO |
| 110. AUTOPSY PERFORMED? | [X] YES [ ] NO |
| 111. USED IN DETERMINING CAUSE? | [X] YES [ ] NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | NONE |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | [ ] YES [X] NO [ ] UNK |

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy / Decedent Last Seen Alive (B) mm/dd/ccyy | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | |
| 116. LICENSE NUMBER | |
| 117. DATE mm/dd/ccyy | |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | [ ] Natural [ ] Accident [X] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined |
| 120. INJURED AT WORK? | [ ] YES [X] NO [ ] UNK |
| 121. INJURY DATE mm/dd/ccyy | 02/14/2023 |
| 122. HOUR (24 Hours) | 1237 |
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | OTHER: OUTSIDE OF TRAILER |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | DECEDENT SHOT DURING LAW ENFORCEMENT INVOLVED INCIDENT |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | 3088 COUNTY ROAD 88C, DUNNIGAN, CA 95937 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | LAUREL WEEKS |
| 127. DATE mm/dd/ccyy | 02/23/2023 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | LAUREL WEEKS, DEP CORONER |

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |




**CERTIFIED COPY OF VITAL RECORDS**
**STATE OF CALIFORNIA, COUNTY OF YOLO**

This is a true and exact reproduction of the document officially registered and placed on file in the office of the YOLO COUNTY CLERK-RECORDER.

DATE ISSUED MAR 0 8 2023

JESSE SALINAS
YOLO COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Clerk-Recorder.

PBNCO (Rev) 01/17

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE