UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF HECTOR PEREZ, et al., | Case No. |
| Plaintiffs, | **DECLARATION OF SEAN PEREZ** |
| vs. | **RE: CAL. CODE CIV. PROC. § 377.32** |
| COUNTY OF YOLO, et al., | |
| Defendants. | |

I, Sean Perez, do declare and say:

1. I submit the following declaration concerning my status as a successor-in-interest to Hector Perez, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Hector Perez was born on ▮▮▮▮ 1959, in Mexicali, Mexico.

3. No proceeding is now pending in California for administration of the estate of Hector Perez.

4. I am a successor-in-interest to Hector Perez (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological son of Hector Perez.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Hector Perez in this pending action or proceeding.

6. A true and correct copy of the certified death certificate of Hector Perez is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 10, 2023, at Benicia, California.

_____
Sean Perez

**DECLARATION OF SEAN PEREZ RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Perez v. County of Yolo*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF YOLO
### WOODLAND, CALIFORNIA 95695

**STATE FILE NUMBER:** 3052023046989
**LOCAL REGISTRATION NUMBER:** 3202357000168

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV. 3/06)

### DECEDENT'S PERSONAL DATA

1. NAME OF DECEDENT—FIRST (Given): **HECTOR**
2. MIDDLE: **VALDEZ**
3. LAST (Family): **PEREZ**
4. AKA—ALSO KNOWN AS: —
5. DATE OF BIRTH: 1959
6. AGE Yrs: 63
7. SEX: M
8. BIRTH STATE/FOREIGN COUNTRY: **BC, MX**
9. SOCIAL SECURITY NUMBER: [redacted]
10. EVER IN U.S. ARMED FORCES?: NO
11. MARITAL STATUS/SRDP: **DIVORCED**
12. DATE OF DEATH: **02/14/2023**
13. HOUR (24 Hours): **1257**
14. EDUCATION—Highest Level/Degree: **11**
15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH?: YES — **MEXICAN**
16. DECEDENT'S RACE: **MEXICAN**
17. USUAL OCCUPATION: **LANDSCAPER**
18. KIND OF BUSINESS OR INDUSTRY: **BUSINESS OWNER**
19. YEARS IN OCCUPATION: **10**

### USUAL RESIDENCE

20. DECEDENT'S RESIDENCE: **3088 COUNTY ROAD 88 C**
21. CITY: **DUNNIGAN**
22. COUNTY/PROVINCE: **YOLO**
23. ZIP CODE: **95937**
24. YEARS IN COUNTY: **2**
25. STATE/FOREIGN COUNTRY: **CA**

### INFORMANT

26. INFORMANT'S NAME, RELATIONSHIP: **MONICA PEREZ, DAUGHTER**
27. INFORMANT'S MAILING ADDRESS: [redacted]

### SPOUSE/SRDP AND PARENT INFORMATION

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: —
29. MIDDLE: —
30. LAST (BIRTH NAME): —
31. NAME OF FATHER/PARENT—FIRST: **ANTONIO**
32. MIDDLE: —
33. LAST: **PEREZ**
34. BIRTH STATE: **BC, MX**
35. NAME OF MOTHER/PARENT—FIRST: **MARGARET**
36. MIDDLE: —
37. LAST (BIRTH NAME): **VALDEZ**
38. BIRTH STATE: **CA**

### FUNERAL DIRECTOR / LOCAL REGISTRAR

39. DISPOSITION DATE: **03/22/2023**
40. PLACE OF FINAL DISPOSITION: **RESIDENCE OF MONICA PEREZ**
41. TYPE OF DISPOSITION(S): **CREMATE/RESIDENCE**
42. SIGNATURE OF EMBALMER: **NOT EMBALMED**
43. LICENSE NUMBER: —
44. NAME OF FUNERAL ESTABLISHMENT: **WOODLAND FUNERAL CHAPEL**
45. LICENSE NUMBER: **FD1784**
46. SIGNATURE OF LOCAL REGISTRAR: **AIMEE SISSON, MD, MPH**
47. DATE: **03/06/2023**

### PLACE OF DEATH

101. PLACE OF DEATH: **OUTSIDE OF TRAILER**
103. IF OTHER THAN HOSPITAL: **Other**
104. COUNTY: **YOLO**
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: **3088 COUNTY ROAD 88C**
106. CITY: **DUNNIGAN**

### CAUSE OF DEATH

107. CAUSE OF DEATH:
 IMMEDIATE CAUSE (A): **GUNSHOT WOUND OF TORSO**
 Time Interval: **MINS**
108. DEATH REPORTED TO CORONER?: YES — 23-00122
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: YES
111. USED IN DETERMINING CAUSE?: YES
112. OTHER SIGNIFICANT CONDITIONS: **NONE**
113. WAS OPERATION PERFORMED: **NO**
113a. DECEDENT PREGNANT IN LAST YEAR?: NO

### PHYSICIAN'S CERTIFICATION

114. I CERTIFY THAT... —
115. SIGNATURE AND TITLE OF CERTIFIER: —

### CORONER'S USE ONLY

119. MANNER OF DEATH: **Homicide**
120. INJURED AT WORK?: NO
121. INJURY DATE: **02/14/2023**
122. HOUR: **1237**
123. PLACE OF INJURY: **OTHER: OUTSIDE OF TRAILER**
124. DESCRIBE HOW INJURY OCCURRED: **DECEDENT SHOT DURING LAW ENFORCEMENT INVOLVED INCIDENT**
125. LOCATION OF INJURY: **3088 COUNTY ROAD 88C, DUNNIGAN, CA 95937**
126. SIGNATURE OF CORONER / DEPUTY CORONER: **LAUREL WEEKS**
127. DATE: **02/23/2023**
128. TYPE NAME, TITLE OF CORONER/DEPUTY CORONER: **LAUREL WEEKS, DEP CORONER**



**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF YOLO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the YOLO COUNTY CLERK-RECORDER.

*000272428*

DATE ISSUED: **MAR 0 8 2023**

**JESSE SALINAS**
YOLO COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Clerk-Recorder.
PBNCO (Rev) 01/17

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE