1   Mark E. Merin (State Bar No. 043849)
2   Paul H. Masuhara (State Bar No. 289805)
    LAW OFFICE OF MARK E. MERIN
3   1010 F Street, Suite 300
    Sacramento, California 95814
4   Telephone:      (916) 443-6911
    Facsimile:      (916) 447-8336
5   E-Mail:         mark@markmerin.com
                    paul@markmerin.com
6
7   Attorneys for Plaintiffs
    ESTATE OF HECTOR PEREZ,
8   MONICA PEREZ, and SEAN PEREZ

9   BRUCE A. KILDAY, SBN. 066415
       Email: bkilday@akk-law.com
10  DERICK E. KONZ, ESQ., SB No. 286902
       Email: dkonz@akk-law.com
11  ANGELO, KILDAY & KILDUFF, LLP
    Attorneys at Law
12  601 University Avenue, Suite 150
    Sacramento, CA 95825
13  Telephone: (916) 564-6100
    Telecopier: (916) 564-6263
14
15  Attorneys for Defendants
16  COUNTY OF YOLO, YOLO COUNTY
    SHERIFF'S OFFICE, CITY OF WEST
17  SACRAMENTO, and WEST SACRAMENTO
    POLICE DEPARTMENT
18

19              UNITED STATES DISTRICT COURT

20              EASTERN DISTRICT OF CALIFORNIA

21                  SACRAMENTO DIVISION

22  ESTATE OF HECTOR PEREZ, MONICA         Case No. 2:23-cv-01296-KJM-AC
    PEREZ, and SEAN PEREZ,
23                                          **STIPULATION FOR REFERRAL AND**
                          Plaintiffs,       **SETTLEMENT CONFERENCE; ORDER**
24  vs.

25  COUNTY OF YOLO, YOLO COUNTY
    SHERIFF'S OFFICE, CITY OF WEST
26  SACRAMENTO, WEST SACRAMENTO
    POLICE DEPARTMENT, and DOE 1 to 20,
27
                          Defendants.
28

                                    1

### STIPULATION

Pursuant to Local Rule 270, the parties—Plaintiffs Estate of Hector Perez, Monica Perez, and Sean Perez (collectively, "Plaintiffs") and Defendants County of Yolo, Yolo County Sheriff's Office, City of West Sacramento, and West Sacramento Police Department (collectively, "Defendants")—submit the following Joint Stipulation for Settlement Conference.

WHEREAS, the parties jointly agree to participate in a settlement conference before Magistrate Judge Kendall J. Newman;

WHEREFORE, the parties have contacted and confirmed the availability of their principals and Magistrate Judge Kendall J. Newman to conduct a settlement conference in this matter on November 28, 2023; and

Now, THEREFORE, the parties STIPULATE:

1. that this matter shall be REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference; and

2. that a settlement conference shall be SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on November 28, 2023.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1    IT IS SO STIPULATED.

2    Dated: September 8, 2023              Respectfully Submitted,
                                          LAW OFFICE OF MARK E. MERIN
3
4                                              /s/ Mark E. Merin

5                                         By: _____
                                              Mark E. Merin
6                                             Paul H. Masuhara

7                                             Attorneys for Plaintiffs
                                              ESTATE OF HECTOR PEREZ,
8                                             MONICA PEREZ, and SEAN PEREZ

9    Dated: September 8, 2023              Respectfully Submitted,
                                          ANGELO, KILDAY & KILDUFF, LLP
10
11                                             /s/ Derick E. Konz
                                               (as authorized on September 8, 2023)
12                                        By: _____
                                              Bruce A. Kilday
13                                            Derick E. Konz

14                                            Attorneys for Defendants
                                              COUNTY OF YOLO, YOLO COUNTY
15                                            SHERIFF'S OFFICE, CITY OF WEST
                                              SACRAMENTO, and WEST SACRAMENTO
16                                            POLICE DEPARTMENT

17

18                                  **ORDER**

19    GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

20    1.      This matter is REFERRED to Magistrate Judge Kendall J. Newman for purposes of

21            scheduling and conducting a settlement conference.

22    2.      A settlement conference is SCHEDULED to occur in this matter before Magistrate Judge

23            Kendall J. Newman on November 28, 2023.

24    IT IS SO ORDERED.

25    Dated:  September 14, 2023.

26

27                                        _____
                                          CHIEF UNITED STATES DISTRICT JUDGE
28